STATE OF NEW JERSEY v. WILSON FLORES.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM JOHNSON.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER CHAMBERLAIN.

April 28, 1987.

Petition for certification denied.

ARAXI ATAMIAN v. SEYMOUR RUBIN.

ARAXI ATAMIAN v. JON J. AUTY, ESQUIRE.

ARAXI ATAMIAN v. SCHNEIDER, SCHNEIDER &
BALT, ESQUIRES, ET AL.

April 28, 1987.

Petition for certification denied.